| | |
|---|---|
| SaraEllen Hutchison (WSBA # 36137)<br>LAW OFFICE OF SARAELLEN HUTCHISON, PLLC<br>539 Broadway<br>Tacoma, WA 98402<br>Telephone:    206-529-5195<br>Facsimile:      253-302-8486<br>Email: saraellen@saraellenhutchison.com<br><br>*Attorney for Plaintiff, JAMES GRANT* | THE HONORABLE JUDGE MARTINEZ |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JAMES GRANT,<br><br>                            Plaintiff,<br><br>        v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC, et al,<br><br>                            Defendants. | NO.  2:20-cv-00731-RSM<br><br>STIPULATION AND ORDER TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. |

Plaintiff JAMES GRANT, by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Experian be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF DISMISSAL OF EXPERIAN
2:20-cv-731-RSM

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

|    |                          |                                                       |
|----|--------------------------|-------------------------------------------------------|
| 1  |                          | Respectfully submitted,                               |
| 2  |                          |                                                       |
| 3  | Date: <u>June 17, 2020</u> | <u>S//SaraEllen Hutchison</u>                       |

SARAELLEN HUTCHISON (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff James Grant*

Date: <u>June 17, 2020</u>     <u>S//Rachel Groshong</u>
RACHEL GROSHONG (WSBA #47021)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98401
Email: Rachel.dunnington@stoel.com

<u>S//Angela Taylor</u>
ANGELA TAYLOR (California Bar No. 210425, Admitted *Pro Hac Vice*)
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
Email: angelataylor@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 17th day of June, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL OF EXPERIAN
2:20-cv-731-RSM

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on June 17, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated June 17, 2020, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com