SaraEllen Hutchison (WSBA # 36137)     THE HONORABLE JUDGE MARTINEZ
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:　206-529-5195
Facsimile:　253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff, JAMES GRANT*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JAMES GRANT,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC, et al,<br><br>　　　　　　Defendants. | NO.  2:20-cv-00731-RSM<br><br>STIPULATION AND ORDER TO DISMISS EQUIFAX INFORMATION SERVICES LLC |

      Plaintiff JAMES GRANT, by counsel, and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Equifax be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF
DISMISSAL OF EQUIFAX
2:20-cv-731-RSM

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

Respectfully submitted,

Date: June 17, 2020

S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff James Grant*

Date: June 17, 2020

S//Helen McFarland
Helen McFarland  (WSBA #51012)
SEYFARTH SHAW LLP
999 3RD AVENUE
STE 3000
SEATTLE, WA 98104
206-946-4923
Email: hmcfarland@seyfarth.com

*Attorney for Equifax Information Services LLC*

IT IS SO ORDERED.

Dated this 18th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX
2:20-cv-731-RSM

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on <u>June 18, 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated June 18, 2020, at Tacoma, Washington.

<u>S//SaraEllen Hutchison</u>
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com