Peter R. Wickard, Esq. (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Facsimile:  (317) 363-2257
E-Mail:  pwickard@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
Telephone:  206-682-7090
Fax:  206-625-9534
E-Mail:  biv@mpba.com
         creed@mpba.com

*Local Counsel for Defendant Trans Union, LLC*

Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| JAMES GRANT,<br>         Plaintiff,<br><br>  vs.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin Corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and TRANS UNION LLC, a Delaware Limited Liability Company;<br>         Defendants. | CASE NO. 2:20-cv-00731-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff James Grant ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY - 1**
**2:20-cv-00731-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: August 3, 2020

/s/ SaraEllen Hutchison (with consent)
SaraEllen Hutchison, Esq.

*Counsel for James Grant*

Date: August 3, 2020

/s/ Peter R. Wickard
Peter R. Wickard, Esq.
(Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716

*Local Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

Dated this 4th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY - 2**
2:20-cv-00731-RSM

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of August, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| SaraEllen M. Hutchison, Esq. saraellen@saraellenhutchison.com | Christopher O. Murray, Esq. cmurray@bhfs.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of July, 2020**, properly addressed as follows:

| None | |

>    */s/ Peter R. Wickard*
>    Peter R. Wickard, Esq.
>      (Admitted *Pro Hac Vice*)
>
>    *Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY - 3**
2:20-cv-00731-RSM

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257